# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

*ELISA BRUNO*

                                      Plaintiff,
                                     Civil Action: 1:12-CV-1460 (FJS/CFH)

vs.

WELTMAN WEINBERG & REIS CO., L.P.A.
                                     Defendant.

| APPEARANCES: | OF COUNSEL: |
|---|---|
| FOR PLAINTIFF | |
| Office of Anthony J. Pietrafasa<br>210 Bell Court<br>Schenectady, New York 12303 | Anthony J. Pietrafesa, Esq. |
| FOR DEFENDANT: | |
| Davidson, Fink Law Firm<br>28 Main Street East, Suite 1700<br>Rochester, New York 14614 | Glenn M. Fjermedal, Esq. |

FREDERICK J. SCULLIN, JR.
SENIOR U.S. DISTRICT JUDGE

## JUDGMENT DISMISSING ACTION
## BY REASON OF SETTLEMENT

    The parties have entered into an agreement in settlement of all claims in this action, and that they reasonably anticipate finalizing their agreement within 30 days, following which this action will be discontinued by stipulation pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure. Based upon this development, it is no longer necessary for this action to remain on the court's active docket.

    It is therefore hereby

    **ORDERED that**

1) This action is dismissed, with prejudice, except as set forth below.

2) The court will retain complete jurisdiction to vacate this order and to reopen the action within two months from the date of this order upon good cause shown that the settlement has not been completed and further litigation is necessary.

3) The Clerk shall forthwith serve copies of this judgment upon the parties and/or their attorneys appearing in this action by electronic means.

Dated:  October 15, 2013
        Syracuse, New York

Frederick J. Scullin, Jr.
Senior United States District Court Judge